74, 276-04

CAUSE NO. 1057759-A

IN THE COURT OF CRIMNAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 1 0 2015

Abel Acosta, Clerk

EXPARTE

DARRYL WAYNE TAYLOR,
    Applicant

VS.
THE 177 Th DISTRICT COURT
OF
HARRIS COUNTY, TEXAS
    Respondent

APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

·Comes Now applicant in the above styled cause of action, and files this applicant's application for Writ of Mandamus pursuant to Article 1 section of The Texas Constitution, and The Texas Ann.Code of Criminal Procedure Article 11:07 sec. 3 (d). And Will Show This Court The Following:

I.

On July 6, 2009 applicant filed applicant's original application for writ of habeas corpus in the 177th district court of Harris County, Texas. Applicant's application remained in the 177 th district court for (5) five years and (9) nine months before applicant received the State's Proposed Findings of facts and conclusions of law and order filed on April 15 2015.

II.

It has been over (90) ninety days since the State has filed it's Proposed Findings Of Fact And Conclusions Of Law and the applicant's case has not been forwarded to this Court for review. The applicant's case has been pending in the 177th district court for over (6) six years in violation of applicant's rights under Article 1 section 10 of the Texas Constitution, and the 14 th Amendment of The United States Constitution, due course, and due process, and the equal protection of the law; and The Texas Ann. Code of Criminal Procedure Article 11:07 section 3 (d).

### III.

This Court after review of the above facts should grant leave of mandamus, and said case be forwarded to this court for review so that applicant can exercise all rights due the applicant, inwhich applicant has been denied.

Respectfully Submitted,



## PRAYER

WHEREFORE, PREMISES, APPLICANT PRAYES THAT THIS COURT AFTER HAVING HEARD THE ISSUES PRESENTED IN THIS APPLICATION FOR WRIT OF MANDAMUS BE GRANTED.

Respectfully Submitted,

## DECLARATION OF OATH

The foregoing instrument is true and correct to the best of Applicant's knowledge under the penalties of perjury.

Signed On This The __5__ day of August, 2015.